IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ANTONIO LAMONT LOPEZ JR. | Violation:  18 U.S.C. §§ 922(g)(9), 924(a)(8), and 2 |

**Possession of a Firearm by a Person Convicted of Misdemeanor Domestic Violence**

The Grand Jury Charges:

On or about July 13, 2025, in the District of North Dakota,

ANTONIO LAMONT LOPEZ JR.,

knowing that he had previously been convicted in any court of a misdemeanor crime of domestic violence, to wit:

Simple Assault – Domestic Violence, a Class B misdemeanor, in violation of N.D. Cent. Code §§ 12.1-17-01(1)(a), 12.1-17-01(2)(b), and 12.1-17-13, in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2019-CR-03024, judgment entered July 22, 2019; and

Domestic Violence – 2nd or Subsequent Offense, a Class A misdemeanor, in violation of N.D. Cent. Code §§ 12.1-17-01.2(1), (2)(a), and (3)(a), and 12.1-17-13, in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2023-CR-05831, judgment entered December 22, 2023,

did knowingly possess in and affecting commerce a firearm, that is, an Alex Pro Firearms, APF-15, .223 caliber AR-style pistol, bearing Serial Number AM003218;

In violation of Title 18, United States Code, Sections 922(g)(9), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

ANTONIO LAMONT LOPEZ JR.

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following: an Alex Pro Firearms, APF-15, .223 caliber AR-style pistol, bearing Serial Number AM003218.

                      A TRUE BILL:

                      /s/ Foreperson_____
                      Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JTR/ak

2