UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO LAMONT LOPEZ JR.,<br><br>Defendant. | Cr. No. 3:25-cr-215<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

  Comes now Antonio Lamont Lopez, Jr., by and through his attorney, Assistant Federal Public Defender Charles J. Sheeley, and moves the Court for its Order extending the trial setting of December 2, 2025, as well as all related pretrial deadlines.

  As grounds, Defendant states:

  1. Defendant made his initial appearance and was arraigned on September 26, 2025, on an Indictment, charging the Defendant with Possession of a Firearm by a Person Convicted of Misdemeanor Domestic Violence, in violation of 18 U.S.C. §§ 922(g)(9), 924(a)(8), and 2.

  2. The Court entered its Criminal Pretrial Order and Jury Trial Notice on September 26, 2025, setting the jury trial for December 2, 2025.

  3. Defendant received discovery from the government on October 2, 2025.

  4. Defense counsel needs additional time to properly investigate this matter and prepare for trial. Additional investigative work, based on a review of the

discovery material, is necessary before defense counsel can competently advise the Defendant if a plea agreement or trial is in his best interests.

5. Defense counsel has advised the Defendant of this motion, its purpose, and constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 et seq. Defendant said he would consent to a continuance and has executed a written consent form, which is being filed contemporaneously with this motion.

6. Defendant is currently on pretrial release and is residing in Fargo, North Dakota.

7. The Government, through Assistant United States Attorney Jacob Rodenbiker, does not object to this motion.

8. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Antonio Lamont Lopez, Jr., requests that the Court continue the trial setting to a time past December 2, 2025, and further, that all related pretrial deadlines be continued.

Dated this 29th day of October, 2025.

                        Respectfully submitted,

                        JASON J. TUPMAN
                        Federal Public Defender
                        By:

                        */s/   Charles J. Sheeley*
                        Charles J. Sheeley
                        Assistant Federal Public Defender
                        Attorney for Defendant
                        Office of the Federal Public Defender
                        Districts of South Dakota and North Dakota
                        112 Roberts Street North, Suite 200
                        Fargo, ND 58102
                        Telephone: 701-239-5111
                        Facsimile:  701-239-5098
                        filinguser_SDND@fd.org