IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO LAMONT LOPEZ JR.,<br><br>Defendant. | Case No. 3:25-cr-00215<br><br>**UNITED STATES' MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Jacob T. Rodenbiker, Assistant United States Attorney, moves to continue the November 6 hearing on Defendant's Motion to Suppress due to the unavailability of an essential witness. David Wheeler was the police officer who began to follow Defendant's vehicle immediately when it exited the downtown parking lot and the lead officer in executing the ensuing stop. Wheeler is no longer a Fargo police officer and has moved to the Great Lakes region. When he was contacted after the October 2 Notice of Hearing (Doc. 35), he informed the case agent and undersigned that he had a previously scheduled vacation in the American Southwest the week of the hearing and has been and will be on a project in one of the states bordering the Gulf of America.

Defendant, who is on pretrial release, filed his motion and brief in support of the motion on September 1, 2026. (Doc. 28, 28-1). He then filed a motion to continue the jury trial set for September 29, (Doc. 29) and waiver of speedy trial. (Doc. 29-1), which the Court granted, resetting jury trial for February 23, 2027 (Doc. 33). The United States filed a response to suppression motion September 29 (Doc. 34). Defendant filed no reply.

Since learning of Wheeler's unavailability, the undersigned attempted several times to confer with Defendant's counsel but has received no substantive answer.

For these reasons, the Court should continue the suppression hearing to a time to be determined by the clerk of court in consultation with the parties.

Dated: October 26, 2026

Respectfully submitted,

NICHOLAS W. CHASE
United States Attorney

By: */s/ Jacob T. Rodenbiker*
JACOB T. RODENBIKER
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North, Suite 250
Fargo, North Dakota 58102-4932
jake.rodenbiker@usdoj.gov
(701) 297-7400